AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

United States of America
v.

Ari Shaw
*Defendant*

Case No. 19-cr-516

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ari Shaw

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:1343 - Wire Fraud
42:1383a(a)(3) - Social Security Fraud
18:1001(a)(2) - False Statements

Date: 09/10/2019

Mark Ciamaichelo Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

Kate Barkman, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9-10-19, and the person was arrested on *(date)* 11-1-19
at *(city and state)* PA

Date: 11-1-19

*Arresting officer's signature*

*Printed name and title*