IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO.   2:19-CR-00516-WB |
| | : | |
| vs. | : | |
| | : | |
| ARI SHAW | : | |

## ORDER

*AND NOW*, this _____ day of _____, 2020 , it is hereby **ORDERED** and **DECREED** that defendant's Motion for a Continuance of Trial is **GRANTED.**

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO.   2:19-CR-00516-WB |
| | : | |
| vs. | : | |
| | : | |
| ARI SHAW | : | |

## *MOTION FOR CONTINUANCE OF TRIAL*

***AND NOW***, the defendant, Ari Shaw, by and through her attorney, Louis T. Savino, Jr., Esquire, does file the within Motion and avers as follows:

1. The defendant, Ari Shaw, has retained the legal services of Louis T. Savino, P.C. to represent her in the above captioned criminal matter.

2. Trial in this matter is scheduled for March 23, 2020 before the Honorable Wendy Beetlestone, United States District Judge - United States District Court for the Eastern District of Pennsylvania.

3. A sixty (60) day continuance of trial is respectfully requested so that defense may engage in plea negotiations with the government in the hope of achieving a non-trial disposition.

4. The Government, through its representative, Megan Curran, Esquire, (AUSA) has no objection to the within request.

5. It is respectfully submitted that the case in its present posture is "untriable". It is also respectfully submitted that the ends of justice in the defendant's need to continue the trial for preparation purposes outweigh the public interest in a speedy disposition of the within matter. See, 18 U.S.C. § 3161 et. seq.

**WHEREFORE**, for all of the foregoing reasons, it is respectfully requested that the within Motion be **GRANTED.**

Respectfully submitted,

By: _____
**LOUIS T. SAVINO, ESQ.**
Attorney for Defendant

## CERTIFICATE OF SERVICE

Louis T. Savino, Esquire being duly sworn according to law , deposes and says that on the **3rd day of March, 2019** a copy of the within document was served upon the following individuals via electronically:

**Honorable Wendy Beetlestone**
United States District Judge
United States District Court for the
Eastern District of Pennsylvania
United States Courthouse
601 Market Street
Philadelphia, PA 19106

**Megan Curran, Esquire**
Office of the United States Attorney
Suite 1250
615 Chestnut Street
Philadelphia, PA 19106

By: _____
**LOUIS T. SAVINO, ESQ.**
Attorney for Defendant